UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICKY M. ARNTSEN,

                Plaintiff,

    v.

WASHINGTON DEPARTMENT OF
CORRECTIONS, et al.,

              Defendant.

CASE NO. 3:26-cv-05135-JCC-BAT

**ORDER REGARDING DISCOVERY
PROCEDURES**

As Plaintiff proceeds *pro se*, the Court reminds him that pursuant to the Court's scheduling order, Dkt. 18, a party shall not file discovery requests or discovery materials with the court unless the party is moving to compel, seek a protective order or is otherwise supporting a motion. The Court notes Plaintiff filed a "Subpoena for Production" on March 24, 2026. Dkt. 16. As the Court construes this as a discovery request, Plaintiff should serve the request upon counsel for Defendants, Assistant Attorney General Hannah Chelimsky.

Dated this 7th day of April, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REGARDING DISCOVERY
PROCEDURES - 1