UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICKY M. ARNTSEN,

Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,

Defendant.

CASE NO. 3:26-cv-05135-JCC-BAT

**ORDER GRANTING MOTION FOR EXTENSION**

Plaintiff moves pro se in this 42 U.S.C. § 1983 civil rights action. Plaintiff moves for an extension of time asking the Court to consider his late-filed response to the Defendants' motion to dismiss. Dkt. 38.

Plaintiff's motion (Dkt. 38) is GRANTED. The Court will consider Plaintiff's response (Dkt. 34) in considering Defendants' motion to dismiss (Dkt. 31).

DATED this 31st day of July 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge