UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICKY M. ARNTSEN,

Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,

Defendant.

CASE NO. 3:26-cv-05135-JCC-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, for which no timely objections were lodged, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Defendants' motion to dismiss and for judgment on the pleadings (Dkt. 31) is GRANTED. Plaintiff's 42 U.S.C. § 1983 official capacity claims for damages and his claims under the Fourth Amendment, Ninth Amendment, and the Fourteenth Amendment Due Process Clause are dismissed with prejudice. Plaintiff's 42 U.S.C. § 1983 claims under the Fourteenth Amendment Equal Protection Clause and the First Amendment for alleged retaliation are

dismissed without prejudice and with leave to amend within thirty (30) days of the order adopting this report and recommendation.

(3) The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, and those claims are dismissed without prejudice as Plaintiff has not stated a federal claim. If Plaintiff files an amended complaint with respect to his 42 U.S.C. § 1983 claims under the Fourteenth Amendment Equal Protection Clause and the First Amendment for alleged retaliation, Plaintiff may also include his state law claims in the amended complaint as appropriate.

(4) Plaintiff's motion seeking to "disregard and strike defendants' motion to dismiss" (Dkt. 39) is DENIED.

(5) Plaintiff's motion to compel (Dkt. 20) and Defendants' motion to quash (Dkt. 25) are DENIED as moot with leave to re-move as appropriate upon Plaintiff's filing of an amended complaint.

(6) Defendant's motion to continue the case schedule (Dkt. 40) is DENIED as moot.

(7) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated 18th day of August 2025.

JOHN C. COUGHENOUR
United States District Judge