UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICKY M. ARNTSEN,

Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,

Defendant.

CASE NO. 3:26-cv-05135-JCC-BAT

**ORDER TO RESEND DOCUMENTS AND EXTEND DEADLINES**

Plaintiff is housed Stafford Creek Corrections Center ("SCCC"). The Court recognizes the SCCC did not deliver copies of the Court's orders Plaintiff from approximately September 18, 2026 through October 8, 2026. During that time, the Defendants filed a motion to dismiss and a *Rand-Wyatt* notice. Dkts. 48, 49. Accordingly, the Court hereby modifies the briefing schedule for Defendants' motion to dismiss (Dkt. 48) and ORDERS as follows:

(1) Plaintiff shall file a response to the motion to dismiss (Dkt. 48) by **November 3, 2026**.

(2) Defendants shall file a reply to the motion by **November 10, 2026**.

(3) The Clerk is directed to re-note the motion to dismiss (Dkt. 48) to **November 10, 2026**.

(4) The Clerk's Office is also directed to resend all documents filed in this case from September 15, 2026 through October 9, 2026.

(5) The Clerk shall provide a copy of this order to Plaintiff and counsel for Defendants.

DATED this 13th day of October 2026.



BRIAN A. TSUCHIDA
United States Magistrate Judge